PROB 12C
(7/93)

Report Date: February 1, 2016

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Greg Gutierrez      Case Number: 0980 2:12CR00044-JLQ-2

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 28, 2012

Original Offense:   Count 1: Manufacture of Marijuana, 21 U.S.C. § 841(a)(1)
                    Count 2: Unlawful User of a Controlled Substance in Possession of a Firearm, 18 U.S.C. § 922(g)(3)

Original Sentence:  Prison - 30 days;            Type of Supervision: Supervised Release
                    TSR - 60 days

Asst. U.S. Attorney: Matthew F. Duggan           Date Supervision Commenced: October 28, 2012

Defense Attorney:   Meredith B. Esser            Date Supervision Expires: October 27, 2017

---

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: The offender violated his conditions of supervision by being arrested on January 24, 2016, for assault 2 domestic violence in Inchelium, Washington, Ferry County. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Gutierrez, James Greg
February 1, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/01/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

2/2/2016
Date